**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TRAKEIA WHITE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **JURY DEMAND** |
| **PALWINDER SINGH AND HUNDAL** | § | |
| **FREIGHT, INC.** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

---

**DEFENDANTS PALWINDER SINGH AND HUNDAL FREIGHT, INC.'S**
**NOTICE OF REMOVAL**

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW DEFENDANTS Palwinder Singh and Hundal Freight, Inc. in the above entitled and numbered cause, and file this Notice of Removal of the above-captioned case. Removal is based on 28 USC § 1332 (diversity jurisdiction) and is authorized by 28 USC §§ 1441 and 1446.

**I.**
**BACKGROUND**

1.    On or about September 20, 2023, Plaintiff Trakeia White sued Defendants Palwinder Singh and Hundal Freight, Inc., in the 234th Judicial District Court of Harris County, Texas, Cause No. 202363965, alleging claims of recovery for personal injuries resulting from a motor-vehicle accident that occurred on September 8, 2023, in Harris County, Texas.

2.    Plaintiff Trakeia White is an individual residing in Fresno, Texas.

3.      Defendant Hundal Freight, Inc. is a foreign-based corporation organized in the State of California, with its corporate office and principal place of business at 5034 W. Bullard Avenue, Fresno, CA 93722.

4.      Defendant Palwinder Signh is a resident of the state of California and he currently resides at 5034 W Bullard Avenue, Apartment 111, Fresno, CA 93722.

5.      Plaintiff's Original Petition, filed contemporaneously herewith, states the amount of damages sought by Plaintiff exceeds $250,000.00.

## II.
## BASIS FOR REMOVAL

6.      This Court has jurisdiction over the subject matter of this cause because this is a civil action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. *See* 28 U.S.C. § 1332.

7.      More specifically, in Plaintiff's Original Petition, Plaintiff identified the amount in controversy to exceed $250,000.00.

8.      Furthermore, this action is removable to this Court pursuant to 28 U.S.C. §§ 1332(a)(1) & 1441(b) because complete diversity exists among the parties.

- Plaintiff is a resident of Texas;
- Defendant Hundal Freight, Inc. is a citizen of California, having been incorporated under the laws of the State of California and having its principal place of business in California; and,
- Defendant Palwinder Singh is an individual domiciled in California.

9.      Moreover, Defendants Palwinder Singh and Hundal Freight, Inc. are not citizens of the State of Texas, the state in which this action was brought. Accordingly, this cause is removable because the Forum Defendant Exception to removal does not apply. *See* 28 U.S.C. §§ 1441 & 1446.

### III.
### TIMELINESS

10.    Defendants Palwinder Singh and Hundal Freight, Inc. were served with process and Plaintiff's Original Petition on October 12, 2023. Consequently, thirty (30) days have not elapsed since Defendants Palwinder Singh and Hundal Freight, Inc. were served with process. Therefore, pursuant to 28 U.S.C. § 1446, this Notice of Removal is timely and proper.

11.    As of the filing of this Notice, Defendants Palwinder Singh and Hundal Freight, Inc. have not appeared in this matter. Therefore, all Defendants who have been properly joined and served consent to the removal of this action in accordance with 28 U.S.C. § 1446(b)(2)(A).

### IV.
### ATTACHMENTS

12.    Pursuant to LR 81.1(a), accompanying this Notice of Removal are the following documents:

- Civil cover sheet;
- Index of Documents Filed in State Court Action;
- Certified Copy of the Docket Sheet in the State Court Action; and
- All Documents Filed in the State Court Action;

### V.
### CONDITIONS PRECEDENT

13.    Defendants Palwinder Singh and Hundal Freight, Inc.  have tendered the filing fee of $402.00 to the Clerk of the United States District Court for the Southern District of Texas, Houston Division, along with the original Notice of Removal. A copy of this Notice of Removal is also being filed in the 234th Judicial District Court of Harris County, Texas, and all counsel of record are being provided with complete copies.

### VI.
### JURY DEMAND

14.    Defendants Palwinder Singh and Hundal Freight, Inc. hereby demand a trial by jury in accordance with the provisions of FED. R. CIV. P. 38.

**VII.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendants Palwinder Singh and Hundal Freight, Inc. respectfully request that the above action, now pending in the 234th Judicial District Court of Harris County, Texas, styled: 2023-63965, be removed therefrom to this Court.

Respectfully Submitted,
**WOOD, SMITH, HENNING & BERMAN, LLP**

*/s/Daniel J. Paret*
Daniel J. Paret, State Bar No. 24088181
Samuel Velasquez, State Bar No. 24134517
14860 Landmark Blvd, Suite 120
Dallas, Texas 75254
Phone No. 469-210-2050
Fax No. 469-210-2051
dparet@wshblaw.com
svelasquez@wshblaw.com
**ATTORNEYS FOR DEFENDANTS PALWINDER SINGH AND HUNDAL FREIGHT, INC.**

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2023, a copy of Defendants Palwinder Singh and Hundal Freight, Inc.'s Notice of Removal was served on all parties and/or counsel of record by electronic service.

*/s/Daniel J. Paret*
Daniel J. Paret

---