9/20/2023 12:49 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 79753131
By: Joshua Hall
Filed: 9/20/2023 12:49 PM

2023-63965 / Court: 234

CAUSE NO. _____

| | | |
|---|---|---|
| TRAKEIA WHITE, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PALWINDER SINGH and | § | |
| HUNDAL FREIGHT, INC., | § | _____ JUDICIAL DISTRICT |
| *Defendants.* | | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE:

Plaintiff, TRAKEIA WHITE, complaining of PALWINDER SINGH and HUNDAL FREIGHT, INC., Defendants, and for cause of action would respectfully show the Court the following:

### DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery in this matter under Level 2 of Texas Rule of Civil Procedure 190 and affirmatively pleads that this suit is not governed by the expedited-actions process set forth in Texas Rule of Civil Procedure 169.

### CLAIM FOR RELIEF

2. Plaintiff affirmatively seeks monetary relief over $250,000.00 but not more than $1,000,000.00. Tex. R. Civ. 47 (c)(3).

### PARTIES AND SERVICE

3. Plaintiff TRAKEIA WHITE (**White**) is an individual who resides in Fresno, Fort Bend

**EXHIBIT 1**

County, Texas. The last three digits of Plaintiff's Texas driver's license number are 907 and the last three digits of her social security number are 745.

4. Defendant, PALWINDER SINGH (**Singh**) is a resident of the state of California who resides at 5034 W Bullard Avenue, Apartment 111, Fresno, CA 93722. He may be served with process at that address or wherever he may be found. No issuance of Citation is requested at this time.

5. Defendant HUNDAL FREIGHT, INC. (**Hundal Freight**) is a California corporation, whose principal office is located at 5034 W Bullard Avenue, Fresno, CA 93722, that does not have a registered agent for service in Texas. Hundal Freight may be served with process by serving the Texas Secretary of State, P.O. Box 12079, Austin, TX 78711-2079, as its agent for service. TEX. CIV. PRAC. REM. CODE §17.044 (b). **Issuance of Citation is requested at this time.**

## JURISDICTION AND VENUE

6. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Court. Venue of this case is proper in Harris County, Texas under TEX. CIV. PRAC. REM. CODE §15.002(a)(1) because a substantial part of the events or omissions giving rise to the claims occurred in Harris County.

## FACTS

7. On September 8, 2023, approximately at 5:00 am, White was carefully traveling eastbound on the left lane of the 3100 Block of Reed Rd, Houston, Harris County, Texas. Singh, who was operating an 18-wheeler owned by Hundal Freight, was either parked or moving very slowly

eastbound on the right lane of the 3100 Block of Reed Rd. From the right lane, Singh attempted to make a left U-turn colliding into the front passenger side of White's vehicle.

8. Singh failed to control his speed and failed to maintain control of his vehicle. He impacted White's vehicle as reflected herein:





9. As a result of the accident, White sustained bodily injuries. Her bodily injuries include but are not limited to: back pain, neck pain and shoulder pain. The crash, which was totally avoidable and 100% Singh's fault has severely disrupted White's life and has significantly damaged her physically, emotionally and mentally.

10. The injuries were the direct and proximate result of the negligence of Singh in the operation of his motor vehicle.

11. At the time of the collision, Singh was in the course and scope of his duties as an employee for Defendant Hundal Freight.

## CAUSES OF ACTION

*Negligence – Singh*

12. The occurrence made the basis of this suit, and the resulting injuries and damages were proximately caused by the negligence, negligence per se and/or gross negligence of Singh, for a variety of acts and omissions, including but not limited to one or more of the following:

   a. In driving his vehicle at an excessive rate of speed immediately prior to the collision;

   b. In operating said vehicle in a careless and reckless manner;

   c. In failing to keep a proper lookout;

   d. In failing to keep said vehicle under reasonable and proper control;

   e. In failing to pay full time and attention;

   f. In failing to maintain single lane;

   g. In failing to maintain an assured and clear distance between two vehicles so that, considering the speed of the vehicles, traffic and the conditions of the highway, he could safely stop without colliding with the preceding vehicle;

   h. In failing to reduce the speed of said vehicle immediately prior to the aforesaid collision to a rate of speed that would be reasonable and prudent under the same or similar circumstances; and

   i. In failing to obey the statutes of the State of Texas as they pertain to the operation of a motor vehicle; specifically and not exclusively, Texas Transportation Code § 545.401.

13. Each and all of the above acts and/or omissions were negligent and each and all were a proximate cause of the collision made the basis of this suit and the injuries and damages suffered by Plaintiff herein.

*Negligence – Hundal Freight*

14. As stated earlier, at the time of the collision, Singh was an employee of Defendant Hundal Freight and was acting within the course and scope of employment. Hundal Freight was negligent in hiring, training, supervising, and entrusting its vehicle to Singh.

*Vicarious Liability*

15. To continue, Defendant Hundal Freight is liable under the theory of *respondeat* superior. Under this theory a principal is subject to liability for the conduct of its employees when they commit a tort within the scope of their authority. Since Singh was an employee of Hundal Freight and was acting within the course and scope of his employment. Hundal Freight is vicariously liable for his negligence.

**DAMAGES**

16. As a result of the occurrence in question, Plaintiff sustained serious personal injuries, mental anguish, physical pain and suffering, medical expenses in the past, and impairment and disability in the past.

17. It is believed that the Plaintiff will also suffer legally recoverable psychological and mental damages in the future.

18. The Plaintiff will respectfully request the Court and Jury to determine the amount of loss the Plaintiff has incurred and will incur in the future not only from a financial standpoint but also in terms of good health and freedom from pain and worry.

19. There are certain elements of damages provided by law that the Plaintiff is entitled to have the Jury in this case consider separately to determine the sum of money for each element that will

fairly and reasonably compensate the Plaintiff for the injuries, damages and losses incurred from the date of the accident in question until the time of trial of this case, those elements of damages are as follows:

    a. The physical pain that the Plaintiff has suffered from the date of the occurrence in question up to the time of trial and in the future;

    b. The mental anguish that the Plaintiff has suffered from the date of the occurrence in question up to the time of trial and in the future;

    c. The amount of reasonable medical expenses necessarily incurred in the treatment of the Plaintiff's injuries from the date of the accident in question up to the time of trial and in the future;

    d. The loss and/or reduction of earnings and/or earning capacity sustained by the Plaintiff from the date of the occurrence in question up to the time of trial and in the future; and

    e. The physical impairment which the Plaintiff has suffered from the date of the occurrence in question up to the time of trial and in the future.

    f. Plaintiff seeks all legally recoverable damages, including pre-judgment and post-judgment interest.

20. Plaintiff's damages at this time are in excess of the minimal jurisdictional limits of this Court.

## JURY DEMAND

21. Plaintiff requests a trial by jury under Rule 216 of the Texas Rules of Civil Procedure and tenders the appropriate fee required by Texas Government Code Section 51.604 with this filing.

## PRAYER

FOR THESE REASONS, Plaintiff TRAKEIA WHITE, prays that Defendants PALWINDER SINGH and HUNDAL FREIGHT, INC. be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recover against Defendants for:

a. Compensatory damages as allowed by law;

b. Pre-judgment and post-judgment interest at the maximum rates permitted under Texas law;

c. Exemplary damages;

d. Costs of court; and

d. Such other and further relief, general or special, at law or in equity, to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

By: _____
Dwaine M. Massey
MASSEY LAW FIRM PLLC
Texas Bar No. 00791199
601 Sawyer St., Suite 225
Houston, Texas 77007
Telephone: (713) 223-1550
Facsimile: (713) 588-8437
dmassey@masseytrial.com

Christopher Godine
THE LAW OFFICE OF CHRISTOPHER D. GODINE, PLLC
State Bar No. 24095393
601 Sawyer St., Suite 225
Houston, Texas 77007
Telephone: (281) 692-2664
Facsimile: (281) 929-0535
cdg@godinelaw.com

**ATTORNEYS FOR PLAINTIFF
TRAKEIA WHITE**