CAUSE NO. 202363965

10/12/2023 10:01 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 80514542
By: Bralyn Medlock
Filed: 10/12/2023 10:01 AM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO. 975371
TRACKING NO: 74227683

Plaintiff:
WHITE, TRAKEIA
vs.
Defendant:
SINGH, PALWINDER

In The 234th Judicial District
Court of Harris County, Texas

Houston, Texas

### CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To: HUNDAL FREIGHT INC (A CALIFORNIA CORPORATION) MAY BE SERVED WITH PROCESS BY SERVING THE TEXAS SECRETARY OF STATE P O BOX 12079 AUSTIN TX 78711-2079 FORWARD TO: 5034 W BULLARD AVENUE APT 111 , FRESNO CA 93722

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on September 20, 2023 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 30 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
This citation was issued on September 21, 2023, under my hand and seal of said court.



Issued at the request of:
MASSEY, DWAINE M.
601 SAWYER ST SUITE 225
HOUSTON, TX 77007
713-223-1550
Bar Number 00791199

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: JOSHUA HALL

AFFIDAVIT

**EXHIBIT 2**

CAUSE NO. 2023-63965

| | | |
|---|---|---|
| TRAKEIA WHITE | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PALWINDER SINGH AND HUNDAL FREIGHT, INC. | § | |
| Defendant. | § | 234TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Patrick Yoder** who, being by me duly sworn, deposed and said:

"The following came to hand on **September 22, 2023, 2:51 pm,**

**CITATION, PLAINTIFF'S ORIGINAL PETITION,**

and was executed on **Thursday, October 05, 2023** by mailing to HUNDAL FREIGHT, INC., BY DELIVERING TO THE TEXAS SECRETARY OF STATE at P.O. BOX 12079, AUSTIN, TX 78711, by Certified Mail, Return Receipt Requested, Receipt No. 7019 2970 0001 6120 2054 true copies, in duplicate of the above specified documents, together with $55 Statutory Fee, having first endorsed on each copy the date of delivery.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Patrick Yoder
Certification Number: 20121
Certification Expiration: 9/30/25

BEFORE ME, a Notary Public, on this day personally appeared Patrick Yoder, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  12/10/2023

Notary Public, State of Texas

## CAUSE NO. 2023-63965

| | | |
|---|---|---|
| TRAKEIA WHITE | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PALWINDER SINGH AND HUNDAL FREIGHT, INC. | § | |
| Defendant. | § | 234TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL



# USPS Tracking®

FAQs >

**Tracking Number:**

## 70192970000161202054

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 6:02 am on October 5, 2023 in AUSTIN, TX 78711.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, PO Box**

AUSTIN, TX 78711
October 5, 2023, 6:02 am

### Available for Pickup

CAPITOL
111 E 17TH ST
AUSTIN TX 78701-9997
M-F 0700-0930
October 4, 2023, 11:31 am

### Arrived at Post Office

AUSTIN, TX 78701
October 4, 2023, 10:32 am

### Departed USPS Regional Facility

AUSTIN TX DISTRIBUTION CENTER
October 3, 2023, 6:47 pm

### Arrived at USPS Regional Facility

AUSTIN TX DISTRIBUTION CENTER

Copy from re:SearchTX