Harris County Docket Sheet

# 2023-63965

**COURT:** 234th
**FILED DATE:** 9/20/2023
**CASE TYPE:** Motor Vehicle Accident



### WHITE, TRAKEIA

Attorney: MASSEY, DWAINE M.

### vs.

### SINGH, PALWINDER

Attorney: PARET, DANIEL J

| Trial Settings | |
|---|---|
| Date | Comment |
| 10/21/2024 | Docket Set For: Trial Setting |

| Docket Sheet Entries | |
|---|---|
| Date | Comment |
| 10/26/2023 | DCORX - DOCKET CONTROL/PRETRIAL ORDER SIGNED |

EXHIBIT 3