**LIST OF ALL COUNSEL OF RECORD:**

Dwaine M. Massey
**MASSEY LAW FIRM PLLC**
Texas Bar No. 00791199
601 Sawyer St., Suite 225
Houston, Texas 77007
Telephone: (713) 223-1550
Facsimile: (713) 588-8437
dmassey@masseytrial.com
**ATTORNEY FOR PLAINTIFF**

Christopher Godine
**THE LAW OFFICE OF CHRISTOPHER D. GODINE, PLLC**
State Bar No. 24095393
601 Sawyer St., Suite 225
Houston, Texas 77007
Telephone: (281) 692-2664
Facsimile: (281) 929-0535
cdg@godinelaw.com
**ATTORNEY FOR PLAINTIFF**

Daniel J. Paret
State Bar No. 24088181
Samuel Velasquez
State Bar No. 24134517
**WOOD SMITH HENNING & BERMAN, LLP**
14860 Landmark Blvd, Suite 120
Dallas, Texas 75254
Phone No. 469-210-2050
Fax No. 469-210-2051
dparet@wshblaw.com
svelasquez@wshblaw.com
**ATTORNEYS FOR DEFENDANTS**