**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TRAKEIA WHITE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. _____** |
| | § | |
| **PALWINDER SINGH AND HUNDAL** | § | |
| **FREIGHT, INC.** | § | |
| | § | |
| *Defendants.* | § | |

**<u>INDEX OF DOCUMENTS FOR DEFENDANTS PALWINDER SINGH AND
HUNDAL FREIGHT, INC.NOTICE OF REMOVAL</u>**

Defendant's Palwinder Singh and Hundal Freight, Inc. submits the following index of

documents in support of their Notice of Removal:

| Document |
|---|
| **Exhibit 1** - Plaintiff's Original Petition |
| **Exhibit 2** –Return of Service for Hundal Freight, Inc. |
| **Exhibit 3** – State Court Docket Sheet |
| **Exhibit 4 –** Defendant's Original Petition |