United States District Court
Southern District of Texas
**ENTERED**
April 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAKEIA WHITE,<br>　　Plaintiff,<br><br>v.<br><br>PALWINDER SINGH AND HUNDAL FREIGHT, INC,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:23-CV-04283 |

## STIPULATION OF DISMISSAL

The parties in this case filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 15. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 9th of April, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE